## UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| CME Acquisitions, LLC, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>UNITED STATES, :<br>:<br>Defendant. : | Court No. 24-00032 |

TO: The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ **Mario Toscano**
Clerk of the Court

1. <u>Name and standing of plaintiff:</u> Plaintiff in this action is CME Acquisitions, LLC. As a U.S. importer of the subject merchandise from Taiwan, Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(a), who was party to the proceeding that led to the determination being challenged. Plaintiff participated in the proceeding through the submission of written arguments. As such, Plaintiff has standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(1)(d).

2. <u>Brief description of the contested determination:</u> The contested determination is the U.S. Department of Commerce's *Stainless Steel Sheet and Strip in Coils from Taiwan: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2021-2022*, 89 Fed. Reg. 902 (Jan. 8, 2024). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c). This Summons is being filed within 30 days of the date of the publication of the determination and is timely filed pursuant to 19 U.S.C. § 1561(a)(2)(A).

3. <u>Effective date of determination:</u> January 8, 2024.

4. <u>Date of publication in the Federal Register of the contested determination:</u> January 8, 2024.

                          Respectfully submitted,

                          <u>/s/ *Ned H. Marshak*</u>
Ned H. Marshak*
Jordan C. Kahn
Eve Q. Wang

GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP
*599 Lexington Ave FL 36
New York, NY 10022
(212) 557-4000

1201 New York Ave., NW, Suite 650
Washington, DC 20005
(202) 783-6881

Dated: February 6, 2024

**SERVICE OF SUMMONS BY THE CLERK**

      If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

General Counsel
**U.S. Department of Commerce**
14th Street & Constitution Ave., NW
Washington, D.C. 20230

Date: February ___, 2024               By: <u>The Honorable Mario Toscano</u>
                                                                                       <u>Clerk of the Court</u>