UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| CME ACQUISITIONS, LLC, | : : : | |
| Plaintiff, | : : | Court No. 24-00032 |
| v. | : : : | |
| UNITED STATES, | : : : | |
| Defendant. | : : | |

# COMPLAINT

Plaintiff CME Acquisitions, LLC ("CME"), by and through undersigned counsel hereby alleges and states as follows.

## ADMINISTRATIVE DETERMINATION TO BE REVIEWED

1. CME seeks review of the final results of the U.S. Department of Commerce, International Trade Administration (the "Department"), decision in the 2021-2022 administrative review ("AR 21-22") of the antidumping duty ("ADD") order on Stainless Steel Sheet and Strip in Coils ("Stainless Steel") from Taiwan covering the period July 1, 2021, to June 30, 2022, published as *Stainless Steel Sheet and Strip in Coils From Taiwan: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2021–2022*, 89 Fed. Reg. 902 (Jan. 8, 2024) ("*Final Results*").

2. The challenged determinations, findings, and conclusions are set out primarily in the Department's "Issues and Decision Memorandum" (Dec. 29, 2023), accompanying the *Final Results* ("IDM").

## JURISDICTION

3. This action is filed pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i) and 1516a(a)(2)(B)(iii) to

contest the *Final Results* issued by the Department in AR 21-22. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1581(c).

## STANDING OF PLAINTIFF

4. CME is a U.S. importer of Stainless Steel from Taiwan that participated through the submission of written argument in the Department's proceeding that resulted in the challenged determination, and CME has imports of merchandise subject to the *Final Results*. Therefore, CME is an interested party as described in 19 U.S.C. § 1677(9)(A) and has standing to bring this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

## TIMELINESS OF THE ACTION

5. Parties to actions challenging Department determinations pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) regarding administrative reviews must file a summons within 30 days of the date of publication in the Federal Register of the final results. 19 U.S.C. § 1516a(a)(2)(A)(i). The Department published the *Final Results* on January 8, 2024.

6. This action was timely commenced within 30 days of the date of publication of the *Final Results*, by filing a Summons on February 6, 2024. This Complaint is timely filed within 30 days of filing the Summons. Therefore, both the Summons and the Complaint have been timely filed in accordance with 19 U.S.C. § 1516a(a)(2)(A), 28 U.S.C. § 2636(c) and pursuant to Rules 3(a)(2) and 6(a) of the Rules of this Court.

## BACKGROUND

7. The Department issued the ADD order on Stainless Steel from Taiwan on July 27, 1999. *Notice of Antidumping Duty Order; Stainless Steel Sheet and Strip in Coils from United Kingdom, Taiwan, and South Korea*, 64 Fed. Reg. 40,555 (July 27, 1999).

8. On September 6, 2023, the Department initiated AR 21-22 with respect to sixty-one

producers and/or exporters, including those from whom CME imported Stainless Steel. *Initiation of Antidumping and Countervailing Duty Administrative Reviews*, 87 Fed. Reg. 54,463, 54,471 (Sept. 6, 2022).

9. In AR 21-22, the Department selected two mandatory respondents for individual examination; however, both respondents notified the Department of their intent not to participate. By its determination published on April 6, 2023, the Department preliminarily assigned these two respondents a 21.10 percent ADD rate, the highest final dumping rate calculated for a producer's direct exports to the United States, based on facts otherwise available with application of an adverse inference ("AFA"). *Stainless Steel Sheet and Strip in Coils from Taiwan: Preliminary Results of Antidumping Duty Administrative Review and Preliminary Determination of No Shipments; 2021-2022*, 88 Fed. Reg. 20,481, 29,483 (Apr. 6, 2023) ("*Preliminary Results*"), accompanying "Preliminary Decision Memorandum" (Mar. 31, 2023) ("PDM"), at 10.

10. In the *Preliminary Results*, for the non-selected companies not subject to individual examination, the Department assigned a rate of 4.40 percent, the rate most recently assigned to the non-selected companies in this proceeding. *Preliminary Results*, 88 Fed. Reg. at 29,483; PDM at 9.

11. On January 8, 2024, the Department published its *Final Results*, changing the ADD rate assigned to the companies not selected for individual examination from the *Preliminary Results* rate of 4.40 percent, by assigning them the simple average of the mandatory respondent's AFA rates of 21.1 percent. *Final Results*, 89 Fed. Reg. at 903; IDM at 8-16.

## STATEMENT OF CLAIMS

### COUNT ONE

12. Paragraphs 1 to 11 are adopted, incorporated and re-alleged here by reference.

13. The Department's decision to assign the non-selected companies the AFA rate assigned to the mandatory respondents was arbitrary and capricious, an unlawful and unexplained departure from agency practice, not supported by substantial evidence and otherwise not in accordance with law.

### PRAYER FOR RELIEF

WHEREFORE, CME requests that this Court:

(a) hold that the Department's *Final Results* are unsupported by substantial evidence and are otherwise not in accordance with law;

(b) remand the *Final Results* with instructions to issue a new determination consistent with this Court's decision; and

(c) provide such other and further relief as this Court deems just and proper.

Respectfully submitted,

*/s/ Ned H. Marshak*
Ned H. Marshak*
Jordan C. Kahn
Eve Q. Wang

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP

*599 Lexington Ave., 36th Floor
New York, NY 10022
(212) 557-4000

1201 New York Ave., NW, Ste. 650
Washington, DC 20005
(202) 783-6881

*Counsel to CME Acquisitions, LLC*

Dated: March 6, 2024

## CERTIFICATE OF SERVICE

Pursuant to Rule 3(f) of the Rules of the Court of International Trade, I certify that on March 6, 2024, a copy of the foregoing Complaint was served upon the following individuals and notified all the interested parties who were a party to the proceeding below, by certified mail, return receipt requested:

**UPON THE UNITED STATES**
Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
**U.S. Department of Justice**
Room 346
26 Federal Plaza
New York, New York 10278

Director, Civil Division
Commercial Litigation Branch
**U.S. Department of Justice**
1100 L Street, NW
Washington, DC 20530

**UPON THE U.S. DEPARTMENT OF COMMERCE**
General Counsel
**U.S. Department of Commerce**
14th Street & Constitution Avenue, NW
Washington, DC 20230

Evangeline Keenan
Director, APO/Dockets Unit
**U.S. Department of Commerce**
14th Street & Constitution Avenue, NW
Room 18022
Washington, DC 20230

**UPON THE PETITIONER**
**On behalf of Outokumpu Stainless USA, LLC**
Deanna Tanner Okun, Esq.
**Polsinelli PC**
1401 I (Eye) St NW
Washington, DC 20005

**On behalf of Yieh Mau Corp.; Yieh Phui Enterprise Co., Ltd.; Yieh United Steel Corporation; and Yuen Chang Stainless Steel Co., Ltd.**
Kelly Alice Slater, Esq.
**Appleton Luff Pte Ltd**
1025 Connecticut Avenue, NW
Suite 1000
Washington, DC 20036

**On behalf of Ta Chen International**
Peter J. Koenig
**Squire Patton Boggs (US) LLP**
2550 M Street, NW
Suite 300
Washington, DC 20036

/s/ *Ned H. Marshak*
Ned H. Marshak